## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Magistrate Judge A. Kathleen Tomlinson's **ORDER** dated August 1, 2018, was served by Email - marina168@me.com on Mark Suleymanov, Defendant in this case, on Thursday, August 2, 2018 at 4:24 p.m. and by depositing a true copy of the same enclosed in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service on Friday, August 3, 2018, to Mark Suleymanov at address: 5 Jodi Court, Glencove, New York 11542.

/s/
Albert Y. Dayan, Esq. (AYD 5222)
Attorney for Defendant
MARK SULEYMANOV
80-02 Kew Gardens Road, #902
Kew Gardens, New York 11415
Tel.: (718) 268-9400
dayanlaw@aol.com

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $3.45   0224
                               03
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ ____
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $0.50
Total Postage and Fees  $ 3.95
                                08/03/2018
                                Postmark
                                Here

Sent To  Mark Suleymanov
Street and Apt. No., or PO Box No.  5 Jodi Court
City, State, ZIP+4®  Glencove, New York 11542

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7017 1070 0000 7462 9683

---

Albert Y. Dayan, Esq.
Attorney at Law
Dayan Law Firm, PLLC
80-02 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415

7017 1070 0000 7462 9683

CERTIFIED MAIL

7017 1070 0000 7462 9683

Mr. Mark Suleymanov
5 Jodi Court
Glencove, New York 11542